B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>District of Delaware | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Tengion, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|

| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
|---|---|

| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**20-0214813** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
|---|---|

| Street Address of Debtor (No. and Street, City, and State):<br>**3929 Westpoint Blvd # G**<br>**Winston Salem, NC**<br>ZIP Code **27103** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
|---|---|

| County of Residence or of the Principal Place of Business:<br>**Forsyth** | County of Residence or of the Principal Place of Business: |
|---|---|

| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
|---|---|

| Location of Principal Assets of Business Debtor<br>(if different from street address above): |
|---|

**Type of Debtor**
(Form of Organization)   (Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(04/13)                                                                                                                         Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Tengion, Inc.** |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** _____<br>Signature of Attorney for Debtor(s)            (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

　　☐ Yes, and Exhibit C is attached and made a part of this petition.

　　■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

　　☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

　　☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

　　■　Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

　　☐　There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

　　☐　Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

　　☐　Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

　　　　　_____
　　　　　(Name of landlord that obtained judgment)

　　　　　_____
　　　　　(Address of landlord)

　　☐　Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

　　☐　Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

　　☐　Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (04/13)  Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Tengion, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X *Evelyn J. Meltzer*
Signature of Attorney for Debtor(s)

**Evelyn J. Meltzer**
Printed Name of Attorney for Debtor(s)

**Pepper Hamilton LLP**
Firm Name

**Hercules Plaza, Suite 5100**
**1313 N. Market Street**
**P.O. Box 1709**
**Wilmington, Delaware 19899-1709**
Address

**302-777-6532 Fax: 302-261-7425**
Telephone Number

*December 29, 2014*
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

**A. Brian Davis**
Printed Name of Authorized Individual

**Authorized Signatory**
Title of Authorized Individual

December 23, 2014
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

**RESOLUTIONS OF THE BOARD OF DIRECTORS
(THE "<u>BOARD</u>") OF TENGION, INC. (THE "<u>CORPORATION</u>")**

BE IT RESOLVED by vote of the Board on this 23rd day of December 2014 that:

<u>WHEREAS</u>: The Board has considered the business and financial condition and results of operations of the Corporation, on the date hereof, including the assets and liabilities of the Corporation;

<u>WHEREAS</u>: The Board has determined that it is in the best interests of the Corporation to cease its business operations in an orderly manner, facilitate the transfer of existing patients to other facilities, and liquidate; and

<u>WHEREAS</u>: The Board has reviewed, considered, and received the recommendations of the senior management; legal and financial advisors of the Corporation, including Ropes & Gray LLP ("<u>Ropes & Gray</u>") and Jefferies LLC; and other advisors of the Corporation as to the advisability of pursuing bankruptcy proceedings under chapter 7 of title 11 of the United States Code, 11 U.S.C. §§ 101 <u>et</u> <u>seq</u>. (the "<u>Bankruptcy Code</u>").

NOW, THEREFORE, it is hereby resolved:

**<u>Orderly Shutdown and Chapter 7 Liquidation</u>**

<u>RESOLVED</u>: That the Corporation cease general business operations in an orderly manner and in accordance with the protocols developed by the Corporation's management (the "<u>Orderly Shutdown</u>");

<u>RESOLVED</u>: That the Chief Executive Officer of the Corporation and the Chief Financial Officer of the Corporation (the "<u>Authorized Persons</u>") be, and they are, and each of them acting singly is, hereby authorized and directed to implement the Orderly Shutdown;

<u>RESOLVED</u>: That, following the Orderly Shutdown, the Corporation commence a bankruptcy proceeding (the "<u>Chapter 7 Case</u>") by filing a voluntary petition for relief under the provisions of chapter 7 of the Bankruptcy Code (the "<u>Petition</u>") in the United States Bankruptcy Court for the District of Delaware (the "<u>Bankruptcy Court</u>");

<u>RESOLVED</u>: That the Authorized Persons be, and they are, and each of them acting singly is, hereby authorized and directed, in the name of and on behalf of the Corporation, to execute and verify the Petition under chapter 7 of the Bankruptcy Code and to cause the same to be filed in the Bankruptcy Court at such time as the Authorized Person executing the Petition shall determine;

<u>RESOLVED</u>: That the Authorized Persons be, and they are, and each of them acting singly is, authorized and directed to execute and file, in the name of and on behalf of the Corporation, the Petition, schedules, lists, and other motions, papers, or documents, and to take any and all action that such Authorized Person or Authorized Persons deem necessary or proper, in connection with the Chapter 7 Case;

<u>RESOLVED</u>: That the employment of the law firm of Pepper Hamilton LLP ("<u>Pepper Hamilton</u>") as bankruptcy counsel to represent and assist the Corporation in carrying out its

duties under the Bankruptcy Code and to take any and all actions to advance the Corporation's rights and obligations, including filing any pleadings and accompanying an Authorized Person in attending the meeting of creditors to be held pursuant to section 341 of the Bankruptcy Code in the Chapter 7 Case, pursuant to the Corporation's engagement letter with Pepper Hamilton, dated as of December 3, 2014, the terms thereof, and the payment of any amounts thereunder, including the payment of a fee of $7,000 for post-petition services, which will be fully earned upon receipt, be, and the same hereby are, ratified, approved and confirmed in all respects;

RESOLVED:     That the law firm of Ropes & Gray is authorized to represent and assist the Corporation in connection with the transition of control of assets to a chapter 7 trustee and accompany an Authorized Person in attending the meeting of creditors to be held pursuant to section 341 of the Bankruptcy Code in the Chapter 7 Case; and Ropes & Gray is authorized to receive a fee of $5,000 for such services, which will be fully earned upon receipt;

### General Authority

RESOLVED:     That, in addition to the specific authorizations previously conferred herein upon the Authorized Persons, any Authorized Persons hereby be, and they are, and each of them acting singly is, authorized and directed, in the name of and on behalf of the Corporation, to take or cause to be taken any and all such further actions, execute and deliver the Petition and any and all such agreements, pleadings, and other documents or papers, and pay all expenses, including filing fees and fees of professionals, in each case as in such Authorized Person's or Authorized Persons' judgment shall be necessary or desirable to fully carry out the intent and accomplish the purpose of the resolutions adopted herein;

RESOLVED:     That all acts, actions, and transactions relating to the matters contemplated by the resolutions herein done in the name of and on behalf of the Corporation, which acts would have been approved by the resolutions herein except that such actions were taken before these resolutions were approved and adopted by the Board, are hereby in all respects approved and ratified.

Executed and Witnessed this 23rd day of December 2014 by a binding vote of the Board.


_____          _____
Signature of Secretary                    Witness


A. Brian Davis                            CAROLINE E. DAVES
Name of Secretary                         Name of Witness

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |  |
|---|---|---|
| | **:** | |
| In re | **:** | **Chapter 7** |
| | **:** | |
| **TENGION, INC.,**[1] | **:** | **Case No. 14-_____** |
| | **:** | |
| Debtor. | **:** | |
| | **:** | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### CORPORATE OWNERSHIP STATEMENT

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedures, Tengion, Inc., (the "Debtor"), respectfully represents and sets forth that, to the Debtor's knowledge, there are no persons or entities that beneficially own or control 10 percent or more of the voting or equity securities of the Debtor.

**[Remainder of Page Intentionally Left Blank]**

---

[1] The last four (4) digits of the Debtor's federal tax identification number are 4813.

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, an Authorized Signatory of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing Corporate Ownership Statement and that it is true and correct to the best of my information and belief.

Date: _____ December 23 , 2014

Signature _____

A. Brian Davis
Authorized Signatory

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                          :
In re                                    :        **Chapter 7**
                                                          :
**TENGION, INC.,**[1]                              :        **Case No. 14-_____**
                                                          :
                     **Debtor.**              :
                                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

<u>**LIST OF CREDITORS**</u>

      A list of the creditors of Tengion, Inc., the entity named as debtor in this case (the "<u>Debtor</u>"), in accordance with Fed. R. Bankr. P. 1007(a) and Del. Bankr. L.R. 1007-1(a), is filed contemporaneously herewith.

      The list contains only those creditors whose names and addresses were maintained in the database of the Debtor or were otherwise readily ascertainable by the Debtor prior to the commencement of this case.  Certain of the creditors listed may not hold outstanding claims against the Debtor as of the date hereof and, therefore, may not be creditors for purposes of this case.  By filing the attached list, the Debtor in no way waives or prejudices its right to object to the extent, validity or enforceability of the claims, if any, held by the parties identified therein.

*[Creditor List filed electronically in manner consistent with Clerk's Office Procedures]*

---

[1] The last four (4) digits of the Debtor's federal tax identification number are 4813.

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
In re                                     :        Chapter 7
                                          :
TENGION, INC.,¹                           :        Case No. 14-_____
                                          :
           Debtor.                        :
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## DECLARATION REGARDING LIST OF CREDITORS

I, A. Brian Davis, as Authorized Signatory of Tengion, Inc., a Delaware corporation, named as the debtor in this case, hereby declares under penalty of perjury that I have reviewed the Creditor List submitted herewith and that it is true and correct to the best of my information and belief.

TENGION, INC.

By:_____
Name:  A. Brian Davis
Title:   Authorized Signatory

---

¹ The last four (4) digits of the Debtor's federal tax identification number are 4813.

ABM Janitorial Services
ABM Janitorial-Mid Atlantic
Lockbox #7401
Philadelphia, PA 19178-7401

Advanced Disposal Services
Schwenksville-LF
P.O. Box 6484
Carol Stream, IL 60197-6484

Advanced Graphic Engraving LLC
3105 Melancon Road
Broussard, LA 70518

Airgas USA, LLC
P.O. Box 532609
Atlanta, GA 30353-5609

American Preclinical Services, LLC
8945 Evergreen Blvd.
Minneapolis, MN 55433

American Stock Transfer & Trust Company
P.O. Box 12893
Attn: Accounts Receivable
Philadelphia, PA 19176-0893

Aramark Uniform Services - NC
AUS South Lockbox
P.O. Box 904035
Charlotte, NC 28290-4035

Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004-1206

AT&T
P.O. Box 105262
Atlanta, GA 30348-5262

AT&T Mobility
P.O. Box 6463
Carol Stream, IL 60197-6463

Aurora Corporation
3422 Old Capitol Trail, Suite 994
Wilmington, DE 19808

Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599

Barry M. Brenner, MD
5 Cranmore Road
Wellesley Hills, MA 02481

Bay City Capital Fund V Co-Investment
750 Battery St., Suite 400
San Francisco, CA 94111

Bay City Capital Fund V, L.P.
750 Battery St., Suite 400
San Francisco, CA 94111

Bio Clinica
826 Newtown-Yardley Road
Newtown, PA 18940

BioClinica Trial Services, Inc.
901 E. 8th Avenue, Suite 201
Attn: Abbey Kline
King of Prussia, PA 19406

BioLife Solutions, Inc.
3303 Monte Villa Parkway
Suite 310
Bothell, WA 98021

Biomerieux, Inc.
P.O. Box 500308
Saint Louis, MO 63150-0308

Blackwell Partners, LLC
20 Park Plaza, Suite 905
Boston, MA 02116

Blue Thunder Technologies
One Corporate Road
Enfield, CT 06082

Board of Trustees of the Science Museum
Exhibition Road
London SW7 2DD
England

Boston Medical Products, Inc.
117 Flanders Road
Westborough, MA 01581

Brigham and Women's Hospital
Bank of America, N.A.
P.O. Box 3149
Boston, MA 02241-3887

Broadridge ICS
P.O. Box 416423
Boston, MA 02241-6423

Bruce E. Rodda
19590 Sandcastle Drive
Suite 101
Spicewood, TX 78669

Cairnstone Consulting, Inc.
1959 N. Peace Haven Rd., Suite 245
Winston Salem, NC 27106

Canary Wharf Life Sciences 01, Ltd.
Biopark, Broadwater Road
Welwyn Garden City
Hertfordshire AL73AX, United Kingdom

Capital Ventures International
c/o Heights Capital Management
101 California Street, Suite 3250
San Francisco, CA 94111

Celgene Corporation
Head of Research
86 Morris Ave.
Summit, NJ 07901

Celgene Corporation
Celgene European Investment Company
86 Morris Avenue
Summit, NJ 07901

Charles Waldroup
2960 Maple Branch Dr.
High Point, NC 27265

Children's Hospital
Patents Technology/Innovation Dev Office
300 Longwood Ave - AUT1
Boston, MA 02115

Children's Medical Center Corporation
300 Longwood Ave
Boston, MA 02115

Chris Farrell
125 Warbler Rd.
Pfafftown, NC 27040

City Transfer and Storage Co.
1100 Redding Drive
P.O. Box 2122
High Point, NC 27261

Clinstrat LLC
c/o Jan Lessem
403 E. Centre Ave.
Newtown, PA 18940

Control Automation Technologies Corp
P.O. Box 6598
Williamsburg, VA 23188

Cooper Electrical Construction Company
P.O. Box 20282
Greensboro, NC 27420

Corning Incorporated Life Sciences
836 North Street
Building 300, Suite 3401
Tewksbury, MA 01876

Corporate Interiors
223 Lisa Drive
New Castle, DE 19720-4193

Coventry Burner & Heating Svcs, Inc
1315 Miller Road
Pottstown, PA 19465-7662

CTI Clinical Trial Services, Inc.
10123 Alliance Road
Attn: General Counsel
Cincinnati, OH 45242

David G. Warnock
801 Montclair Rd., Apr. 6307
Birmingham, AL 35213

Deerfield Special Situations Fund L.P.
c/o Deerfield Management
780 Third Avenue, 37th Floor
New York, NY 10017

Delaware Division of Revenue
Division of Revenue/Bankruptcy Services
Carvel State Office Building, 8th floor
820 North French Street
Wilmington, DE 19801

Department of Transplant Surgery
Karolinska University Hospital
141 86 Stockholm, Sweden
Attn: Gunnar Soderdahl, MD, PhD

Domenic Sica, MD
11417 Barrington Bridge Cr.
Henrico, VA 23233

Dr. Detweiler
7013 Burnett-Womack 299, CB #7155
Chapel Hill, NC 27599

Dr. Whittier
1426 W. Washington Blvd.
Chicago, IL 60607

Ernst & Young
c/o PNC Bank
P.O. Box 828135
Philadelphia, PA 19182

Fawn Industrial, LLC
c/o CB Richard Ellis
P.O. Box 13470
Richmond, VA 23225

Fawn Industrial, LLC
1881 Industrial LLC
c/o Mill Management, Inc.
The Mill - 10 Glenville Street
Greenwich, CT 06830

Federal Express
P.O. Box 371461
Pittsburgh, PA 15250-7461

Fisher Scientific
P.O. Box 3648
Boston, MA 02241-3648

Gentris LLC
133 Southcenter Court, Suite 400
Morrisville, NC 27560

Getinge USA, Inc.
1265 Solutions Center
Chicago, IL 60677-1002

Grant Thornton LLP
Suite 2800
520 Pike Street
Seattle, WA 98101

H & H Systems Inc.
53 Airport Road
Suite B
Pottstown, PA 19464

Harvard Clinical Research Institute
930 Commonwealth Ave.
Boston, MA 02215

HealthCap IV Bis L.P.
c/o HealthCap IV GP SA
18 Avenue d'Ouchy
CH-1006 Lausanne, Switzerland

HealthCap IV KB
c/o HealthCap IV GP SA
18 Avenue d'Ouchy
CH-1006 Lausanne, Switzerland

HealthCap IV L.P.
c/o HealthCap IV GP SA
18 Avenue d'Ouchy
CH-1006 Lausanne, Switzerland

Henry Ford Health System
2799 W Grande Blvd., CFP 540
Detroit, MI 48202

Henry Ford Health System
2799 West Grand Blvd.
Research Administration-CFP-046
Attn: Susan Wheeland
Detroit, MI 48202

Henry Ford Hospital
2799 West Grand Blvd.
Attn: Dr. Umanath, Mohamad Zidan
CFP-540
Detroit, MI 48202

Hudson Bay Master Fund Ltd
c/o Hudson Bay Capital
777 Third Avenue
New York, NY 10017

Innovation Center, C1:77
Karolinska University Hospital
141 86 Stockholm, Sweden
Attn: Legal Counsel Goran Uppfeldt

Innovative Med Inc.
4 Autry
Irvine, CA 92618

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Jeanne Viau Rodda
Perrot Pharma Consulting, LLC
19590 Sandcastle Drive
Spicewood, TX 78669

Johnson Controls Inc.
P.O. Box 905240
Charlotte, NC 28290

Karen Winstead
P.O. Box 3614
Todd, NC 28684

Karolinska University Hospital
Accounting Department
C1-77
Stockholm, Sweden

Karolinska University Hospital
Dept of Transplantation Surgery
Attn: Dr. Lundgren
141 86 Stockholm, Sweden

Kelly Office Solutions
P.O. Box 790448
Saint Louis, MO 63179-0448

KKW Consulting, Inc.
P.O. Box 3614
Boone, NC 28607

L.E.K. Consulting LLC
75 State Street, 19th Floor
Boston, MA 02109

LC Sciences
2575 W. Bellfort St.
Suite 270
Houston, TX 77054-5029

Life Technologies Corporation
Bank of America Lockbox Services
12088 Collections Center Drive
Chicago, IL 60693

Louisiana State University
Health Sciences, Section of Nephrology
1542 Tulane Ave., Room 330A
Attn: Dr. Morse
New Orleans, LA 70112

Louisiana State Universtiy Health Sci
433 Bolivar Street, Room 824
Attn: Joseph M. Moerschbaecher, III
Vice Chancellor for Academic Affairs
New Orleans, LA 70112

McMaster-Carr
P.O. Box 7690
Chicago, IL 60680-7690

Mediant Communications, LLC
P.O. Box 29976
New York, NY 10087-9976

MedPace, Inc.
5375 Medpace Way
Cincinnati, OH 45227

Merril Communications LLC
CM-9638
Saint Paul, MN 55170-9638

NAMSA
P.O. Box 710970
Cincinnati, OH 45271-0970

NASDAQ OMX Group, Inc.
Lockbox 40200
P.O. Box 8500
Philadelphia, PA 19178-0200

National Disease Research Interchange
8 Penn Center, 15th Floor
1628 John F. Kennedy Blvd
Philadelphia, PA 19103

Norriton Business Campus, L.P.
c/o Tornetta Properties, Inc.
126 W. Germantown Pike
Norristown, PA 19403

North Carolina Dept. of Revenue
P.O. Box 25000
Raleigh, NC 27640-0650

Ofco Club IV
c/o HealthCap IV GP SA
18 Avenue d'Ouchy
CH-1006 Lausanne, Switzerland

Opus Point Healthcare Innovations Fund
c/o Opus Point Partners
787 Seventh Avenue, Floor 48
New York, NY 10019

Orkin Pest Control
675 Blue Rock Court
Winston Salem, NC 27103

PAETEC Communcations, Inc.
P.O. Box 9001013
Louisville, KY 40290-1013

Panasonic Healthcare Company of North Am
27412 Network Place
Chicago, IL 60673-1274

Paramount Technologies
1374 E. West Maple Road
Walled Lake, MI 48390-3765

Partners Clinical Research Office
101 Huntingon Avenue, 4th Floor
Attn: Michael Canova, JD
Boston, MA 02199

PCM
2555 W. 190th Street
Torrance, CA 90504

Penn Detroit Diesel Allson, LLC
8330 State Road
Philadelphia, PA 19136

Pennsylvania American Water
P.O. Box 371412
Pittsburgh, PA 15250-7412

Pennsylvania Dept. of Revenue
Department 280946
Harrisburg, PA 17128-0946

Perceptive Life Sciences Master Fund Ltd
499 Park Avenue, 25th Floor
New York, NY 10022

Perrot Pharma Consulting LLC
19590 Sandcastle Drive, Suite 101
Spicewood, TX 78669

Pureflow Inc.
P.O. Box 601165
Charlotte, NC 28260-1165

Quintessence Fund L.P.
c/o QVT Financial LP
1177 Avenue of the Americas, 9th Floor
New York, NY 10036

QVT Fund IV LP
c/o QVT Financial LP
1177 Avenue of the Americas, 9th Floor
New York, NY 10036

R&D Systems
Accounts Receivable
614 McKinley Place NE
Minneapolis, MN 55413-2647

R. Eric McAllister
126 Garden Vally Ct
Napa, CA 94558

RA Capital Healthcare Funds LP
20 Park Plaza, Suite 905
Boston, MA 02116

Robert I. Outwater
32 Mason Farm Rd
Ringoes, NJ 08551

Sabby Healthcare Volatility Master Fund
10 Mountainview Road, Suite 205
Saddle River, NJ 07458

Scullin Group, The
2005 Market Street
Suite 3320
Philadelphia, PA 19103

SimplexGrinnell
Dept. CH 10320
Palatine, IL 60055-0320

StemCell Technologies Inc.
570 West Seventh Avenue, Suite 400
Vancouver, BC, Canada,
V5Z 1B3

Stericycle, Inc.
P.O. Box 6582
Carol Stream, IL 60197-6582

Sterling Courier Systems
P.O. Box 35418
Newark, NJ 07193-5418

Swagelok North Carolina l East Tennessee
2719 Gray Fox Road
Monroe, NC 28110

Synchrony Labs
3908 Patriot Drive
Suite 170
Durham, NC 27703

Teligent Solutions, Inc.
124 Annabel Road, Suite 5150
North Wales, PA 19454

The Brigham and Women's Hospital
75 Francis Street
Attn: Dr. Charytan
Boston, MA 02115

The University of Chicago
Section of Endocinology
5841 S. Maryland Ave., MC 6092
Attn: Dr. Bakris
Chicago, IL 60637

The University of Chicago
6030 S. Ellis Ave.
Attn: Michael R. Ludwig
Chicago, IL 60637

The University of North Carolina
720 Martin Luther King Jr. Blvd.
Suite 100, CB #1651
Attn: Christine Nelson
Chapel Hill, NC 27599

Tom Spencer
1849 Hunters Forest Dr.
Winston Salem, NC 27103

Total Renal Research, Inc.
d/b/a DaVita Clinical Research
825 South 8th Street, Suite 300
Minneapolis, MN 55404

Triangle Biostatistics, LLC
1900 South Main Street, Suite 108
Wake Forest, NC 27587

Triangle Certification, LLC
2224 Page Road
Suite 104
Durham, NC 27703

UniFirst Corporation
P.O. Box 911526
Dallas, TX 75391

University of Chicago
5841 S. Maryland Ave.; Dept of Medicine
MC 6092, Room W604
Chicago, IL 60637

University of Iowa Healthcare
200 Hawkins Dr.
Attn: Dr. Dixon
C-44-G General Hospital - ICTS
Iowa City, IA 52242

University of North Carolina Chapel Hill
Transplant Surgery
4024 Burnette Womack Bldg
Chapel Hill, NC 27599

University of North Carolina, Charlotte
150 Research Campus Drive
Suite 3333
Kannapolis, NC 28081

Uppsala University Hospital
Dept of Surgery Section for Transplant
SE-751 85 UPPSALA, Sweden
Attn: Malin Dackboarn

Uppsala University Hospital
Section for Transplant Surgery
Attn: Dr. Biglarnia, Dept. of Surgery
SE-751 85 UPPSALA, Sweden

UXC Eclipse (USA), LLC
Mail Code: 11003
P.O. Box 11839
Newark, NJ 07101-8138

Vanderbilt University
3319 West End Ave., Suite 100
Attn: Dr. Dwyer
Nashville, TN 37203

Vanderbilt University Medical Center
3319 West End Avenue, Suite 100
Attn: Director, Office of Contracts Mngm
Nashville, TN 37203

Verizon (Potshop)
P.O. Box 28000
Lehigh Valley, PA 18002-8000

Verizon Wireless
P.O. Box 25505
Lehigh Valley, PA 18002-5505

Virginia Commonwealth University
Department of Nephrology
1101 East Marshall St., Room 8-062
Attn: Dr. Kidd; Joyce R. Ruddley RN
Richmond, VA 23298

Voisin Consulting
3, rue des Longs Pre
92110 Boulogne Billacourt, France
Attn: Emmanuelle M. Voisin

VWR International LLC
P.O. Box 640169
Pittsburgh, PA 15264-0169

Wake Forest Univ. School of Medicine
WFU Health Sciences
1 Medical Center Boulevard
Attn: Financial Services
Winston Salem, NC 27157

Wake Forest University Health Sciences
Medical Center Boulevard
Winston Salem, NC 27157

Western Pest Services
P.O. Box 259
Spring House, PA 19477-0259

William Whittier, MD
445 Ridge Ave.
Clarendon Hills, IL 60514

Yale School of Med, Transplant Surgery
333 Cedar Street, FMB 14
P.O. Box 208062
Attn: Dr. Schulam, Ricarda Tomlin
New Haven, CT 06520