**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| TENGION, INC., | : | Case No. 14-12829 (CSS) |
| | : | |
| Debtor. | : | **Related Docket No. 47** |
| | : | **Hearing Date: April 8, 2015 at 10:30 a.m.** |
| | : | **Obj. Deadline: March 23, 2015 at 4:00 p.m.** |

**NOTICE OF HEARING REGARDING MOTION OF CHAPTER 7 TRUSTEE,
PURSUANT TO 11 U.S.C. § 365(d)(1), FOR AN ORDER EXTENDING THE TIME
FOR THE CHAPTER 7 TRUSTEE TO ASSUME CERTAIN EXECUTORY
CONTRACTS AND UNEXPIRED LEASES OF PERSONAL PROPERTY**

**PLEASE TAKE NOTICE** that on February 26, 2015, Charles A. Stanziale, Jr., as Chapter 7 Trustee (the "Chapter 7 Trustee") in the above-captioned case, filed the *Motion, Pursuant to 11 U.S.C. § 365(d)(1), for an Order Extending the Time for the Chapter 7 Trustee to Assume Certain Executory Contracts and Unexpired Leases of Personal Property* (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").  A copy of which is attached hereto as **Exhibit A.**

**PLEASE TAKE FURTHER NOTICE** that any objections to the Motion must be made in writing, filed with the Bankruptcy Court, and served upon, so as to actually be received by, the undersigned counsel for the Chapter 7 Trustee on or before **March 23, 2015 at 4:00 p.m.** (prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that if any objection is filed, a hearing on the Motion may be held before the Honorable Christopher S. Sontchi in the Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom #6, Wilmington, Delaware 19801, on **April 8, 2015 at 10:30 a.m.** (prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that if no objection is timely filed in accordance with the procedures enumerated above, the Bankruptcy Court may enter an Order without further notice or hearing.

Dated: March 2, 2015
         Wilmington, Delaware

**McCARTER & ENGLISH, LLP**

By: */s/ Katharine L. Mayer*
Katharine L. Mayer (DE # 3758)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
Telephone 302.984.6300
Facsimile 302.984.6399
kmayer@mccarter.com

*- and -*

Charles A. Stanziale, Jr.
Jeffrey T. Testa
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Telephone: (973) 622-4444

*Attorneys for the Chapter 7 Trustee*

ME1 19910864v.1