**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>TENGION, INC.,<br><br>           Debtor. | Chapter 7<br><br>Case No. 14-12829 (CSS) |
| CHARLES A. STANZIALE, JR., solely in his capacity as the Chapter 7 Trustee of Tengion, Inc.,<br><br>           Plaintiff,<br>   v.<br><br><br>Grant Thornton,<br><br>           Defendant. | Adv. Pro. No. 16-51963 (CSS) |

**NOTICE OF *AMENDED*[1] AGENDA OF MATTERS SCHEDULED FOR HEARING ON MAY 16, 2018 AT 12:30 P.M. ET**

# *HEARING CANCELLED*

**UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION:**

1. Motion of the Chapter 7 Trustee for Approval of Compromise and Settlement of Certain Preference Claims Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure; filed April 3, 2018 [D.I. 162 (main case); Adv. D.I. 17 (16-51963)].

Response Deadline:  April 18, 2018.

Responses Received:  None.

Related Documents:

   A. Certificate of No Objection; filed April 21, 2018 [D.I. 164 (main case); Adv. D.I. 18 (16-51963)].

---

[1] **Amended items appear in bold.**

**B.  Order; entered April 23, 2018 [D.I. 167; Adv. D.I. 20].**

<u>**Status:**</u>  **The order has been entered.  The hearing is cancelled.**

<u>**FEE APPLICATION:**</u>

2.  First Interim and Final Application for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to the Chapter 7 Trustee for the Period From December 28, 2016 Through March 9, 2018; filed April 3, 2018 [D.I. 163].

<u>Response Deadline</u>:  April 18, 2018.

<u>Responses Received</u>:  None.

<u>Related Documents</u>:

A.  Certificate of No Objection; filed April 21, 2018 [D.I. 165].

**B.  Order; entered May 9, 2018 [D.I. 168].**

<u>**Status:**</u>  **The order has been entered.  The hearing is cancelled.**

Dated:  **May 14**, 2018
        Wilmington, Delaware

CIARDI CIARDI & ASTIN

*/s/ Joseph J. McMahon, Jr.*
Daniel K. Astin (No. 4068)
John D. McLaughlin, Jr. (No. 4123)
Joseph J. McMahon, Jr. (No. 4819)
1204 N. King Street
Wilmington, Delaware  19801
Telephone:  (302) 658-1100
Facsimile:   (302) 658-1300
jmcmahon@ciardilaw.com

*Attorneys for Charles A. Stanziale, Jr.,*
*Chapter 7 Trustee*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 14, 2018 I caused a true and correct copy of the **Notice of** *Amended* **Agenda of Matters Scheduled for Hearing on May 16, 2018 at 12:30 P.M. ET (Hearing Cancelled)** to be served upon the parties on the attached 2002 service list via electronic mail or first class U.S. mail (where no e-mail address is listed).


*/s/ Joseph J. McMahon, Jr.*
Joseph J. McMahon, Jr. (No. 4819)

**TENGION SERVICE LIST**
**125473-1**

*United States Trustee*
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035
USTPREGION03.WL.ECF@USDOJ.GOV

Raymond H. Lemisch, Esq.
Klehr Harrison Harvey Branzburg LLP
*Counsel for Norriton Business Campus*
919 N. Market Street, Suite 1000,
Wilmington, DE 19801
rlemisch@klehr.com

Adam Hiller, Esquire
Hiller Law LLC
*Counsel for Thermo Fisher Scientific Inc. & Life Technologies Corporation*
1500 N. French Street, 2nd Floor
Wilmington, Delaware 19801
ahiller@adamhillerlaw.com

Evelyn J. Meltzer
Pepper Hamilton LLP
*Counsel for Debtor*
Hercules Plaza
Suite 5100, 1313 N. Market Street
Wilmington, DE 19899
meltzere@pepperlaw.com

Linda Boyle
*Level 3 Communications, Inc.*
10475 Park Meadows Drive, #400
Littleton, CO 80124

GianClaudio Finizio
Bayard, P.A.
*Counsel for Fawn Industrial, LLC*
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
gfinizio@bayardlaw.com